AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:15-cr-00005-RLY-CMM-1 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| SEAN MCCLAIN | (COMPASSIONATE RELEASE) |

Upon motions of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motions are:

☒ GRANTED. The defendant's previously imposed sentence of 288 months in prison is reduced to time served. The term of supervised release remains 5 years. The terms of supervised release stated in the Judgment imposed on February 21, 2017, remain the same.

☒ OTHER: The defendant's USM Number is 36590-408. This Order is stayed for up to **14 days** from the date of this Order, to make appropriate travel arrangements and to ensure the defendant's safe release. The Bureau of Prisons shall release the defendant as soon as appropriate travel arrangements are made and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than 14 days are needed to make appropriate travel arrangements and to ensure the defendant's safe release, the parties shall immediately notify the court and show cause why the stay should be extended.

No later than **12:00 p.m. on February 6, 2024**, counsel for the United States is ordered to do the following: (1) transmit this Order to the defendant's custodian; and (2) file a notice with the court confirming that transmission of this Order has occurred.

AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

☒ FACTORS CONSIDERED: See contemporaneously filed Entry.

IT IS SO ORDERED.

Dated: 2/02/2024

Hon. Richard L. Young, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Sean McClain
Register Number: 36590-408
FMC Butner
Federal Medical Center
P.O. Box 1600
Butner, NC 27509